# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GENEVIEVE TURNER,

      Plaintiff,                                     No. 1:19-cv-01072-KRS

v.

ANDREW SAUL, Commissioner
of the Social Security Administration,

      Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. 2). Having reviewed the motion, the Court FINDS and CONCLUDES that Plaintiff's request is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that she is unable to prepay the required filing fee and/or that so doing will cause her substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is hereby **GRANTED**.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE