IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GENEVIEVE TURNER,**

    **Plaintiff,**

    **vs.**　　　　　　　　　　　　　　　　　　**CIV NO. 1:19-1072 KRS**

**ANDREW SAUL, Commissioner
of the Social Security Administration,**

    **Defendant.**

## ORDER

Defendant, the Commissioner of Social Security (Commissioner), by and through his counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 9/21/20*
VICTORIA V. JOHNSON
Special Assistant United States Attorney


*Electronically approved 9/21/20*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff