IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GENEVIEVE TURNER,**

    **Plaintiff,**

v.                                                      No. 1:19-cv-1072 KRS

**ANDREW SAUL, Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand for Further Proceedings in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**